Shameem ABDULLAH and
Sultan Abdullah

v.

FOGELMAN MGMT. GRP., LLC,
as agent for Ridge Crossings
Apartments

2130877

Court of Civil Appeals of Alabama.

01/09/2015

Reh. denied 02/13/2015

Affirmed

Larry Joe JONES

v.

Kathy Elaine JONES

2130883

Court of Civil Appeals of Alabama.

02/06/2015

Dismissed

Alfreda TAYLOR

v.

Clifton TAYLOR III

2130894

Court of Civil Appeals of Alabama.

03/04/2015

Dismissed

Brandon DAVIS and Bobby Wells

v,

Maria VENEABLE

2130902

Court of Civil Appeals of Alabama.

03/05/2015

Dismissed

Steven ADLER

v.

Jeaneth Lawan ADLER

2130903

Court of Civil Appeals of Alabama.

02/20/2015

Affirmed